# United States Court of Appeals
# for the Fifth Circuit

————————

No. 23-50118

————————

United States Court of Appeals
Fifth Circuit

**FILED**

March 12, 2024

Lyle W. Cayce
Clerk

Rosalinda Nuno Trevino,

*Plaintiff—Appellant*,

*versus*

City of Austin; John-Matthew Hattaway,

*Defendants—Appellees*.

————————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-187

————————————————————————

Before Elrod, Oldham, and Wilson, *Circuit Judges*.

Per Curiam:[*]

This case arises from Rosalind Nuno Trevino's arrest following a traffic stop in Austin, Texas. An officer from the Austin Police Department performed a pat-down search of Trevino. Trevino filed suit against the City and the officer, claiming the pat-down violated various provisions of the United States Constitution. The district court entered summary judgment

————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50118

for the defendants in a well-reasoned 14-page opinion. We have reviewed the record and Trevino's arguments on appeal and find no reversible error.

AFFIRMED.